

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00068-CR

Dennis M. **MURPHY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR7429
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 26, 2025.

_____
Adrian A. Spears II, Justice